United States District Court
Southern District of Texas
**ENTERED**
July 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRELL CUTTING, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02773 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 23, 2021, Defendant State Farm Lloyds' Traditional Motion for Summary Judgment (Dkt. 15) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 21. Judge Edison filed a Memorandum and Recommendation on July 9, 2021, recommending that Defendant State Farm Lloyds' Traditional Motion for Summary Judgment (Dkt. 15) be **GRANTED**. *See* Dkt. 22.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

2

(2)   Defendant State Farm Lloyds' Traditional Motion for Summary Judgment (Dkt. 15) is **GRANTED**.

It is so **ORDERED**. A final judgment and order of dismissal will be separately entered.

SIGNED at Houston, Texas, this 26th day of July, 2021.

                                          GEORGE C. HANKS, JR.
                                      UNITED STATES DISTRICT JUDGE